JS-6

FILED
CLERK U.S. DISTRICT COURT
12/18/2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___C. Wynn___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION-RIVERSIDE

ELIZABETH CALL,

    Plaintiff,

vs.

GE CAPITAL RETAIL BANK,

    Defendant.

Case No.: **5:14-cv-01538-SVW-RZ**

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 18, 2014

/s/ Stephen V. Wilson

The Honorable Judge
United States District Judge

1

[Proposed] Order